Submitted on remand from the Oregon Supreme Court November 26, 2019, reversed January 23, 2020

In the Matter of the Compensation of
William Joseph Eaken, Claimant.
William Joseph EAKEN,
*Petitioner,*

*v.*

SAIF CORPORATION
and Astoria School District No. 1C,
*Respondents.*

Workers' Compensation Board
1604004; A165038

456 P3d 382

On remand from the Oregon Supreme Court, *Eaken v. SAIF*, 365 Or 657, 451 P3d 610 (2019).

Joe Di Bartolomeo and Di Bartolomeo Law Office, P.C., filed the briefs for petitioner.

Julie Masters filed the brief for respondents.

Before Ortega, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Reversed. *Caren v. Providence Health System Oregon*, 365 Or 466, 446 P3d 67 (2019).